# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 6, 2020

## NO. 03-19-00164-CV

### LMV-AL Ventures, LLC, Appellant

### v.

### Carol Hemphill, Appellee

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
AFFIRMED -- OPINION BY JUSTICE SMITH;
CONCURRING OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court on February 20, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.